**Eric Vincent OWENS, Plaintiff–Appellee Cross–Appellant**

v.

**ABDON CALLAIS OFFSHORE, L.L.C., Defendant–Appellant Cross–Appellee.**

No. 11–30834.

United States Court of Appeals, Fifth Circuit.

June 15, 2012.

Kristi Ann Post, Esq., Scheuermann & Jones, L.L.C., Lawrence Blake Jones,

---

Esq., Senior Attorney, Scheuermann & Jones, L.L.C., New Orleans, LA, for Plaintiff–Appellee Cross–Appellant.

John Emerson Galloway, Esq., Cherrell R. Simms, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA, for Defendant–Appellant Cross–Appellee.

Before JONES, Chief Judge, and WIENER and GRAVES, Circuit Judges.

PER CURIAM: *

The court has considered this appeal based on the briefs and pertinent portions of the record and having done so, AFFIRMS based on the opinion of this district court.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.